# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY LEE TURNER

NO. 2019 KW 1451

JAN 1 6 2020

---

In Re:    Randy Lee Turner, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 16-FELY-717086.

---

BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT